**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF OHIO, COLUMBUS DIVISION

Case number *(if known)* _____    Chapter ___11___

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy                04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | Leroys Meats, LLC |
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | AKA Ray Ray's <br> AKA Ray Ray's Hog Pit |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 81-4748293 |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | 6670 Busch Blvd. <br> Columbus, OH 43229 <br> Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| | | Franklin <br> County | **Location of principal assets, if different from principal place of business** <br><br> Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | https://rayrayshogpit.com/ |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br> ☐ Partnership (excluding LLP) <br> ☐ Other. Specify: _____ |

Debtor    Leroys Meats, LLC                                   Case number (*if known*) _____
            Name

| 7. | Describe debtor's business | A. *Check one:* |
|---|---|---|

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☒ None of the above

B. *Check all that apply*
☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
    http://www.uscourts.gov/four-digit-national-association-naics-codes.
    _____

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*
☐ Chapter 7
☐ Chapter 9
☒ Chapter 11. *Check all that apply:*

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☒ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

☒ No.
☐ Yes.

| | District _____ | When _____ | Case number _____ |
|---|---|---|---|
| | District _____ | When _____ | Case number _____ |

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No
☒ Yes.

List all cases. If more than 1, attach a separate list

Debtor    Smoke Ring, LLC                    Relationship    Affiliate
District  Southern District of
          Ohio - Eastern Division    When _____    Case number, if known _____

Debtor    Leroys Meats, LLC _____    Case number (if known) _____
    Name

---

**11. Why is the case filed in this district?**    Check all that apply:

- ☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (Check all that apply.)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
    Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.    Insurance agency _____

        Contact name _____

        Phone _____

---

### ▊ Statistical and administrative information

**13. Debtor's estimation of available funds**    .    Check one:

☒ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☒ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

---

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50   million | ☐ $1,000,000,001 - $10 billion |
| ☒ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☒ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50   million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

Debtor    Leroys Meats, LLC
          _____                    Case number (if known) _____
          Name

---

**Request for Relief, Declaration, and Signatures**

---

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or
imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature**
**of authorized**
**representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    __December 19, 2025__
                MM / DD / YYYY

**X** /s/  James Ray Anderson                                    James Ray Anderson
_____          _____
Signature of authorized representative of debtor              Printed name

Title    Owner
         _____

---

**18. Signature of attorney**          **X** /s/ Sean Stone                          Date    December 19, 2025
                                       _____          _____
                                       Signature of attorney for debtor                     MM / DD / YYYY

                                       Sean Stone
                                       _____
                                       Printed name

                                       Tax Workout Group, P.A.
                                       _____
                                       Firm name

                                       175 South 3rd Street, Suite 200
                                       Columbus, OH 43215
                                       _____
                                       Number, Street, City, State & ZIP Code

                                       Contact phone    _____    Email address    sstone@twg.law
                                                                                                 _____

                                       OH
                                       _____
                                       Bar number and State

---

<table>
<tr><td colspan="2" style="background:black;color:white"><strong>Fill in this information to identify the case:</strong></td></tr>
</table>

| | |
|---|---|
| Debtor name | Leroys Meats, LLC |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF OHIO, COLUMBUS DIVISION |
| Case number (if known) | _____ |

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.   Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.   18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☒  *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☒  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☒  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☒  *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☒  *Schedule H: Codebtors* (Official Form 206H)
☒  *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐  Amended *Schedule*
☒  *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐  Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

| | | |
|---|---|---|
| Executed on | December 19, 2025 | **X** /s/   James Ray Anderson |
| | | Signature of individual signing on behalf of debtor |
| | | James Ray Anderson |
| | | Printed name |
| | | Owner |
| | | Position or relationship to debtor |

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | Leroys Meats, LLC |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF OHIO, COLUMBUS DIVISION |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| AEP Ohio PO Box 24401 Canton, OH 44701 | | Utility | | | | $975.40 |
| Bite This 3009 N High St. Columbus, OH 43202 | | Vendor | | | | $2,371.30 |
| ByzFunder NY LLC d/b/a ByzFunder 530 7th Ave. Floor M1 New York, NY 10018 | sprfiling@cscglobal.com | Future Receipts ? all accounts and payment intangibles, payments made by cash, check, ACH or other electronic transfer or other form of monetary payment in the ordinary course of Seller?s business | Disputed | | | $147,902.02 |
| Colton Rine 394 Clarendon St. Newark, OH 43055 | | Vendor | | | | $3,400.00 |
| First Merchants 1349 West Lane Ave. Suite 800 Columbus, OH 43221 | | Inventory, chattel paper, accounts, equipment, and general intangibles. | | $317,486.27 | $0.00 | $317,486.27 |
| First Merchants 1349 West Lane Ave. Suite 800 Columbus, OH 43221 | | Inventory, chattel paper, accounts, equipment, and general intangibles. | | $200,000.00 | $0.00 | $200,000.00 |
| First Merchants 1349 West Lane Ave. Suite 800 Columbus, OH 43221 | | Inventory, chattel paper, accounts, equipment, and general intangibles | | $43,659.97 | $8,640.00 | $43,659.97 |
| First Merchants 1349 West Lane Ave. Suite 800 Columbus, OH 43221 | | Inventory, chattel paper, accounts, equipment, and general intangibles. | | $30,498.18 | $0.00 | $30,498.18 |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | Leroys Meats, LLC | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| FYVE Marketing 875 N High St. 4th Fl. Suite 53 Columbus, OH 43201 | | Vendor | | | | $1,375.00 |
| JR Anderson Farms 1703 Deeds Rd. Granville, OH 43023 | | Vendor | | | | $506.43 |
| Matija Breads 737 Parkwood Ave. Columbus, OH 43219 | | Vendor | | | | $14,719.00 |
| Michael Albert 1575 Big Bluestem Way Sunbury, OH 43074 | | Note | | | | $50,000.00 |
| Milestone Marketing 1201 Dublin Rd. Suite 724 Columbus, OH 43215 | | Vendor | | | | $1,500.00 |
| MRA N19 W24350 Riverwood Dr. Waukesha, WI 53188 | | Vendor | | | | $3,878.02 |
| Northern Haserot 21500 Alexander Rd. Bedford, OH 44146 | | Vender | | | | $107,310.00 |
| Ohio Bureau of Workers' Compensation 30 W. Spring St. Columbus, OH 43215 | | Dues | | | | $677.00 |
| Pulse Bookeeping, LLC 1575 Big Bluestem Way Sunbury, OH 43074 | | Vendor | | | | $35,000.00 |
| Star Packaging, Inc. 1796 Frebis Ave. Columbus, OH 43206 | | Vendor | | | | $5,806.08 |
| The Hills Market 7860 Olentangy River Rd. Columbus, OH 43235 | | Vendor | | | | $9,562.50 |

Debtor    Leroys Meats, LLC
_____          Case number *(if known)*  _____
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| US Small Business Administration 409 3rd St. SW Washington, DC 20406 | | All tangible and intangible personal property, including inventory, equipment, instruments, chattel paper, documents, letter of credit rights, accounts, deposit accounts, commercial tort claims, general intangibles, as-extracted collateral. | | $197,514.42 | $68,298.00 | $197,514.42 |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name     Leroys Meats, LLC

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF OHIO, COLUMBUS DIVISION

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |
| --- | --- |

1. ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

   **1a. Real property:**
   Copy line 88 from *Schedule A/B*..................................................................................   $            0.00

   **1b. Total personal property:**
   Copy line 91A from *Schedule A/B*..............................................................................   $       428,029.06

   **1c. Total of all property:**
   Copy line 92 from *Schedule A/B*................................................................................   $       428,029.06

| Part 2: | Summary of Liabilities |
| --- | --- |

2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................   $       789,158.84

3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*....................................................   $            278.35

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............................   +$       386,174.89

4. **Total liabilities** ..........................................................................................................
   Lines 2 + 3a + 3b                                                                                                    $     1,175,612.08

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    Leroys Meats, LLC

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF OHIO, COLUMBUS DIVISION

Case number (if known)

☐ Check if this is an
amended filing

# Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest.
Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties
which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts
or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write
the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an
additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset
schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the
debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:    Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
☒ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|
| 2. | **Cash on hand** | | $900.00 |

| 3. | **Checking, savings, money market, or financial brokerage accounts** *(Identify all)* | | | |
|---|---|---|---|---|
| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| 3.1. | First Merchants Bank | Checking | 6027 | $91.44 |
| 3.2. | First Merchants Bank | Checking | 0325 | $3,863.26 |
| 3.3. | Chase Bank | Checking | 6765 | $318.00 |
| 3.4. | Chase Bank | Checking | 3332 | $20,118.36 |

| 4. | **Other cash equivalents** *(Identify all)* | |
|---|---|---|

| 5. | **Total of Part 1.** | |
|---|---|---|
| | Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80. | $25,291.06 |

### Part 2:    Deposits and Prepayments

6. **Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                                           Best Case Bankruptcy

Debtor     Leroys Meats, LLC                                    Case number *(If known)* _____
_____
           Name

☒ Yes Fill in the information below.

7.    **Deposits, including security deposits and utility deposits**
      Description, including name of holder of deposit

      7.1.   Security deposit with SARHC, LLC for location 5755 Maxtown Rd. Westerville, OH 43231          $2,000.00

      7.2.   Security deposit with Medary Apartments, LLC for business location lease                      $1,200.00

      7.3.   Security deposit with Fusion Ohio, LLC                                                         $4,000.00

8.    **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
      Description, including name of holder of prepayment

9.    **Total of Part 2.**                                                                        | $7,200.00 |
      Add lines 7 through 8. Copy the total to line 81.

| Part 3: | **Accounts receivable** |
10.   **Does the debtor have any accounts receivable?**

      ☒ No.   Go to Part 4.
      ☐ Yes Fill in the information below.

| Part 4: | **Investments** |
13.   **Does the debtor own any investments?**

      ☒ No.   Go to Part 5.
      ☐ Yes Fill in the information below.

| Part 5: | **Inventory, excluding agriculture assets** |
18.   **Does the debtor own any inventory (excluding agriculture assets)?**

      ☐ No.   Go to Part 6.
      ☒ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19.  **Raw materials** <br> Food | 12/14/2025 | $9,000.00 | Replacement | $9,000.00 |

20.   **Work in progress**

21.   **Finished goods, including goods held for resale**

22.   **Other inventory or supplies**

23.   **Total of Part 5.**                                                                        | $9,000.00 |
      Add lines 19 through 22.   Copy the total to line 84.

24.   **Is any of the property listed in Part 5 perishable?**
      ☒ No

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

| Debtor | Leroys Meats, LLC | | Case number *(If known)* | |
|---|---|---|---|---|
| | Name | | | |

☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☒ No
☐ Yes. Book value _____ Valuation method _____ Current Value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☒ No
☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☒ No.   Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.   Go to Part 8.
☒ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39.** **Office furniture** | | | |
| **40.** **Office fixtures** | | | |
| Single door cooler | $400.00 | N/A | $400.00 |
| Double door cooler | $400.00 | N/A | $400.00 |
| 6 Ole Hickory smokers | $102,000.00 | N/A | $102,000.00 |
| 7 Slingin Steel char pits | $21,000.00 | N/A | $21,000.00 |
| Crescorr hotbox | $300.00 | | $300.00 |
| 2 Govi mobile walk-in's | $44,000.00 | | $44,000.00 |
| 3 Crown Verity grills | $1,500.00 | | $1,500.00 |
| 2 Covered trailers | $3,000.00 | | $3,000.00 |

41. **Office equipment, including all computer equipment and communication systems equipment and software**

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**
Add lines 39 through 42.   Copy the total to line 86.

| $172,600.00 |
|---|

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
☒ No

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

| Debtor | Leroys Meats, LLC | Case number *(If known)* | |
|--------|-------------------|--------------------------|--|
|        | Name              |                          |  |

☐ Yes

45.  **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☒ No
☐ Yes

**Part 8:**   **Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.   Go to Part 9.
☒ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| **47.**  **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.   1994 Chevy Gruman Mobile truck | $0.00 | | $15,000.00 |
| 47.2.   1994 Grumman truck | $0.00 | | $15,000.00 |
| 47.3.   1995 Chevy Gruman Mobile truck | $0.00 | | $15,000.00 |
| 47.4.   2016 Sprinter Van | $8,640.00 | | $8,640.00 |
| 47.5.   2017 Red Fern food truck | $37,000.00 | | $37,000.00 |
| 47.6.   2019 Red Fern food truck | $55,000.00 | | $55,000.00 |
| 47.7.   2022 Red Fern food truck | $68,298.00 | | $68,298.00 |
| 47.8.   2025 Chevy work truck<br>36-month auto lease with Acar Leasing,<br>Ltd.<br>27 months remaining | $0.00 | | $0.00 |

48.  **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,
floating homes, personal watercraft, and fishing vessels

49.  **Aircraft and accessories**

50.  **Other machinery, fixtures, and equipment (excluding farm
machinery and equipment)**
Lease - Walk-in cooler/freezer Model No. DT810,
Unit #922-1255, Serial No. A220511255.     $0.00   N/A                  $0.00

51.  **Total of Part 8.**

|  | $213,938.00 |
|--|-------------|

Add lines 47 through 50.   Copy the total to line 87.

52.  **Is a depreciation schedule available for any of the property listed in Part 8?**
☒ No
☐ Yes

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor   Leroys Meats, LLC                                   Case number *(If known)* _____
      Name

53.    **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
    ☒ No
    ☐ Yes

**Part 9:**    **Real property**

**54. Does the debtor own or lease any real property?**

    ☒ No.   Go to Part 10.
    ☐ Yes Fill in the information below.

**Part 10:**    **Intangibles and intellectual property**

**59. Does the debtor have any interests in intangibles or intellectual property?**

    ☒ No.   Go to Part 11.
    ☐ Yes Fill in the information below.

**Part 11:**    **All other assets**

**70. Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ☐ No.   Go to Part 12.
    ☒ Yes Fill in the information below.

|  | Current value of debtor's interest |
|---|---|
| 71.  **Notes receivable**<br>Description (include name of obligor) |  |
| 72.  **Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local) |  |
| 73.  **Interests in insurance policies or annuities**<br>West Bend Insurance Company<br>Commercial Property; General Liability, Commercial Auto<br>and Commercial Inland Marine coverage | $0.00 |
| 74.  **Causes of action against third parties (whether or not a lawsuit has been filed)**<br><br>Theft & fraud by former employees | Unknown |

    **Nature of claim**    Criminal/Civil
    **Amount requested**    $0.00

75.  **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76.  **Trusts, equitable or future interests in property**

77.  **Other property of any kind not already listed** *Examples:* Season tickets, country club membership
    Advancements owed by Intercompany receivable - Smoke
    Ring, LLC (affiliate)    Unknown

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor      Leroys Meats, LLC
                Name                                                            Case number *(If known)*

78.  **Total of Part 11.**                                                                    $0.00

     Add lines 71 through 77. Copy the total to line 90.

79.  **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
     ☒ No
     ☐ Yes

Debtor   Leroys Meats, LLC _____      Case number *(If known)* _____
        Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $25,291.06 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $7,200.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $9,000.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $172,600.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $213,938.00 | |
| 88. **Real property.** *Copy line 56, Part 9*.........................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $428,029.06 | + 91b.   $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $428,029.06 |

**Fill in this information to identify the case:**

Debtor name   Leroys Meats, LLC

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF OHIO, COLUMBUS DIVISION

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property 12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☒ Yes. Fill in all of the information below.

### Part 1:  List Creditors Who Have Secured Claims

| 2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. | Column A **Amount of claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** |
|---|---|---|
| **2.1** First Merchants<br>Creditor's Name<br>1349 West Lane Ave. Suite 800<br>Columbus, OH 43221<br>Creditor's mailing address<br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br>3/27/2024<br>**Last 4 digits of account number** 7718<br>**Do multiple creditors have an interest in the same property?**<br>☒ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **Describe debtor's property that is subject to a lien**<br>Inventory, chattel paper, accounts, equipment, and general intangibles<br><br>**Describe the lien**<br>UCC OH 280350201<br>**Is the creditor an insider or related party?**<br>☒ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>☐ No<br>☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>**As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $43,659.97 | $8,640.00 |
| **2.2** First Merchants<br>Creditor's Name<br>1349 West Lane Ave. Suite 800<br>Columbus, OH 43221<br>Creditor's mailing address<br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br>7/2025<br>**Last 4 digits of account number** 2629<br>**Do multiple creditors have an interest in the same property?**<br>☒ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **Describe debtor's property that is subject to a lien**<br>Inventory, chattel paper, accounts, equipment, and general intangibles.<br><br>**Describe the lien**<br>inventory, chattel paper, accounts, equipment, and general intangibles<br>**Is the creditor an insider or related party?**<br>☒ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>☐ No<br>☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>**As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $200,000.00 | $0.00 |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor   **Leroys Meats, LLC**
_____     Case number (if known) _____
Name

---

| 2.3 | First Merchants | | |
|---|---|---|---|

Creditor's Name
1349 West Lane Ave. Suite 800
Columbus, OH 43221
Creditor's mailing address

| | | $30,498.18 | $0.00 |

**Describe debtor's property that is subject to a lien**
Inventory, chattel paper, accounts, equipment, and general intangibles.

**Describe the lien**
Inventory, chattel paper, accounts, equipment, and general intangibles.

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**
8/2021

**Last 4 digits of account number**
7645

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | First Merchants | | |
|---|---|---|---|

Creditor's Name
1349 West Lane Ave. Suite 800
Columbus, OH 43221
Creditor's mailing address

| | | $317,486.27 | $0.00 |

**Describe debtor's property that is subject to a lien**
Inventory, chattel paper, accounts, equipment, and general intangibles.

**Describe the lien**
Inventory, chattel paper, accounts, equipment, and general intangibles.

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**
8/13/2021

**Last 4 digits of account number**
3135

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 | US Small Business Administration | | |
|---|---|---|---|

Creditor's Name

409 3rd St. SW
Washington, DC 20406
Creditor's mailing address

| | | $197,514.42 | $68,298.00 |

**Describe debtor's property that is subject to a lien**
All tangible and intangible personal property, including inventory, equipment, instruments, chattel paper, documents, letter of credit rights, accounts, deposit accounts, commercial tort claims, general intangibles, as-extracted collateral.

**Describe the lien**
EIDL Non-Purchase Money Security

**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

---

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

| Debtor | Leroys Meats, LLC | Case number (if known) | |
|--------|-------------------|------------------------|--|
| | Name | | |

**Date debt was incurred**
12/6/2021

**Last 4 digits of account number**

**Is anyone else liable on this claim?**

☒ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

☒ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** | $789,158.84

---

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |
|---------|----------------------------------------------------------------|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name   and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|--------------------|-----------------------------------------------------------|-------------------------------------------------|
| Corporation Service Company<br>801 Adlai Stevenson Dr.<br>Springfield, IL 62703 | Line  2.5 | |
| Lien Solutions<br>2929 Allen Pkwy Suite 3300<br>Houston, TX 77019 | Line  2.1 | |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name ___Leroys Meats, LLC___

United States Bankruptcy Court for the: ___SOUTHERN DISTRICT OF OHIO, COLUMBUS DIVISION___

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☐ No. Go to Part 2.
   ☒ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address<br>Ohio Department of Taxation<br>Attn: Bankruptcy Division<br>PO Box 530<br>Columbus, OH 43216 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $278.35 | $278.35 |
| Date or dates debt was incurred | Basis for the claim:<br>Sales tax through 9-30-25 | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |

### Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|
| **3.1** Nonpriority creditor's name and mailing address<br>Aardvark Wine, LLC<br>2355 W. Granville Rd.<br>Columbus, OH 43235 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | Unknown |
| Date(s) debt was incurred __2025__<br>Last 4 digits of account number _ | Basis for the claim: __Lease__<br>Is the claim subject to offset?  ☒ No  ☐ Yes | |
| **3.2** Nonpriority creditor's name and mailing address<br>AEP Ohio<br>PO Box 24401<br>Canton, OH 44701 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $975.40 |
| Date(s) debt was incurred __2025__<br>Last 4 digits of account number _8127_ | Basis for the claim: __Utility__<br>Is the claim subject to offset?  ☒ No  ☐ Yes | |
| **3.3** Nonpriority creditor's name and mailing address<br>Bite This<br>3009 N High St.<br>Columbus, OH 43202 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $2,371.30 |
| Date(s) debt was incurred __2025__<br>Last 4 digits of account number _ | Basis for the claim: __Vendor__<br>Is the claim subject to offset?  ☒ No  ☐ Yes | |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Debtor   **Leroys Meats, LLC**
          Name
                                                    Case number (if known)

---

| 3.4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $147,902.02 |

ByzFunder NY LLC d/b/a ByzFunder
530 7th Ave. Floor M1
New York, NY 10018

☐ Contingent
☐ Unliquidated
☒ Disputed

**Date(s) debt was incurred**  6/11/2025

**Basis for the claim:**  Future Receipts ? all accounts and payment intangibles, payments made by cash, check, ACH or other electronic transfer or other form of monetary payment in the ordinary course of Seller?s business

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No   ☐ Yes

---

| 3.5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $151.28 |

Cintas Corp.
6800 Cintas Blvd.
PO Box 625737
Cincinnati, OH 45262

☐ Contingent
☐ Unliquidated
☒ Disputed

**Date(s) debt was incurred**  2025

**Basis for the claim:**  Vendor

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No   ☐ Yes

---

| 3.6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $343.01 |

City of Johnstown Water Dept.
599 S. Main St.
Johnstown, OH 43031

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  2025

**Basis for the claim:**  Utility

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No   ☐ Yes

---

| 3.7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $425.85 |

Cold Control Refrigeration
6589 Huntley Rd.
Columbus, OH 43229

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  2025

**Basis for the claim:**  Vendor

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No   ☐ Yes

---

| 3.8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $3,400.00 |

Colton Rine
394 Clarendon St.
Newark, OH 43055

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  2025

**Basis for the claim:**  Vendor

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No   ☐ Yes

---

| 3.9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |

Corporation Service Company
801 Adlai Stevenson Dr.
Springfield, IL 62703

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  7/31/2025

**Basis for the claim:**  UCC

**Last 4 digits of account number**  8685

Is the claim subject to offset?  ☒ No   ☐ Yes

---

| 3.10 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

Davenport Law PC
5900 South Lake Forest Dr. Suite 300
McKinney, TX 75070

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  2025

**Basis for the claim:**  Contract

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No   ☐ Yes

---

| 3.11 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

Economy Linen & Towel Service, Inc.
5233 Trabue Rd.
Columbus, OH 43228

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  2025

**Basis for the claim:**  Vendor

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No   ☐ Yes

---

| Debtor | Leroys Meats, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.12** | **Nonpriority creditor's name and mailing address**
Fusion OH, LLC
1462 Brittain Rd.
Akron, OH 44310

**Date(s) debt was incurred** 2025

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Vendor

Is the claim subject to offset? ☒ No ☐ Yes

$0.00

---

**3.13** | **Nonpriority creditor's name and mailing address**
FYVE Marketing
875 N High St. 4th Fl. Suite 53
Columbus, OH 43201

**Date(s) debt was incurred** 2025

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Vendor

Is the claim subject to offset? ☒ No ☐ Yes

$1,375.00

---

**3.14** | **Nonpriority creditor's name and mailing address**
JR Anderson Farms
1703 Deeds Rd.
Granville, OH 43023

**Date(s) debt was incurred** 2025

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Vendor

Is the claim subject to offset? ☒ No ☐ Yes

$506.43

---

**3.15** | **Nonpriority creditor's name and mailing address**
Kenny Bass
13854 Cobblestone Ln.
Pickerington, OH 43147

**Date(s) debt was incurred** 2025

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Vendor

Is the claim subject to offset? ☒ No ☐ Yes

$160.00

---

**3.16** | **Nonpriority creditor's name and mailing address**
Land-Grant Brewing Company, LLC
424 W. Town Street
Columbus, OH 43215

**Date(s) debt was incurred** 2025

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Vendor

Is the claim subject to offset? ☒ No ☐ Yes

$0.00

---

**3.17** | **Nonpriority creditor's name and mailing address**
Matija Breads
737 Parkwood Ave.
Columbus, OH 43219

**Date(s) debt was incurred** 2025

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Vendor

Is the claim subject to offset? ☒ No ☐ Yes

$14,719.00

---

**3.18** | **Nonpriority creditor's name and mailing address**
Medary Apartments, LLC
DBA Oxford Realty
68 S. Fourth St.
Columbus, OH 43215

**Date(s) debt was incurred** 2025

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Lease

Is the claim subject to offset? ☒ No ☐ Yes

Unknown

---

**3.19** | **Nonpriority creditor's name and mailing address**
Michael Albert
1575 Big Bluestem Way
Sunbury, OH 43074

**Date(s) debt was incurred** 2025

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Note

Is the claim subject to offset? ☒ No ☐ Yes

$50,000.00

---

| Debtor | Leroys Meats, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.20** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,500.00

Milestone Marketing
1201 Dublin Rd. Suite 724
Columbus, OH 43215

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _2025_

**Basis for the claim:** _Vendor_

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No   ☐ Yes

---

**3.21** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $3,878.02

MRA
N19 W24350 Riverwood Dr.
Waukesha, WI 53188

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _2025_

**Basis for the claim:** _Vendor_

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No   ☐ Yes

---

**3.22** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $107,310.00

Northern Haserot
21500 Alexander Rd.
Bedford, OH 44146

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _2025_

**Basis for the claim:** _Vender_

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No   ☐ Yes

---

**3.23** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $677.00

Ohio Bureau of Workers' Compensation
30 W. Spring St.
Columbus, OH 43215

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _2025_

**Basis for the claim:** _Dues_

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No   ☐ Yes

---

**3.24** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

Oxford Realty
68 S. 4th St. Fl. 1
Columbus, OH 43215

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _2025_

**Basis for the claim:** _Vendor_

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No   ☐ Yes

---

**3.25** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $35,000.00

Pulse Bookeeping, LLC
1575 Big Bluestem Way
Sunbury, OH 43074

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _2025_

**Basis for the claim:** _Vendor_

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No   ☐ Yes

---

**3.26** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $112.00

Ruffled Feather Ferments, LLC
2682 Lakewood Dr.
Columbus, OH 43231

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _2025_

**Basis for the claim:** _Vendor_

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No   ☐ Yes

---

**3.27** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

SARHC, LLC
PO Box 218
Minster, OH 45865

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _2025_

**Basis for the claim:** _Vendor_

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No   ☐ Yes

---

| Debtor | Leroys Meats, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

### 3.28

**Nonpriority creditor's name and mailing address**
Square, Inc. aka Block, Inc.
1455 Market Street, Suite 600
San Francisco, CA 94103

**Date(s) debt was incurred** 2025

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Vendor

Is the claim subject to offset? ☒ No ☐ Yes

Unknown

### 3.29

**Nonpriority creditor's name and mailing address**
Star Packaging, Inc.
1796 Frebis Ave.
Columbus, OH 43206

**Date(s) debt was incurred** 2025

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Vendor

Is the claim subject to offset? ☒ No ☐ Yes

$5,806.08

### 3.30

**Nonpriority creditor's name and mailing address**
Stripe
185 Berry St. Suite 550
San Francisco, CA 94107

**Date(s) debt was incurred** 2025

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Vendor

Is the claim subject to offset? ☒ No ☐ Yes

Unknown

### 3.31

**Nonpriority creditor's name and mailing address**
T.S. Carpentry and Repair
2957 Heatherleaf Way
Columbus, OH 43231

**Date(s) debt was incurred** 2025

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Vendor

Is the claim subject to offset? ☒ No ☐ Yes

$0.00

### 3.32

**Nonpriority creditor's name and mailing address**
The Hills Market
7860 Olentangy River Rd.
Columbus, OH 43235

**Date(s) debt was incurred** 2025

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Vendor

Is the claim subject to offset? ☒ No ☐ Yes

$9,562.50

---

### Part 3:  List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | Berkovitch & Bouskila, PLLC<br>Attn: Ariel Bouskila, Esq.<br>Steven Berkovitch, Esq.<br>1545 U.S. 202, Suite 101<br>Pomona, NY 10970 | Line 3.4<br><br>☐ Not listed. Explain ____ | _ |

---

### Part 4:  Total Amounts of the Priority and Nonpriority Unsecured Claims

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | | 5a. $ | 278.35 |
| 5b. Total claims from Part 2 | | 5b. + $ | 386,174.89 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | | 5c. $ | 386,453.24 |

---

Debtor    Leroys Meats, LLC
              Name                                                                Case number (if known)

**Fill in this information to identify the case:**

Debtor name    Leroys Meats, LLC

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF OHIO, COLUMBUS DIVISION

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases     12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.    **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.   There is nothing else to report on this form.
    ☒ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*      *Property*
(Official Form 206A/B).

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | Contract to allow food truck operation on premise | |
| | State the term remaining | 37 months | |
| | List the contract number of any government contract | | Aardvark Wine, LLC<br>2355 W. Granville Rd.<br>Columbus, OH 43235 |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | 2025 Chevrolet Silverado 1500<br>36 month auto lease<br>3/2025 - 3/2028<br>$700.33 per month | |
| | State the term remaining | 27 months remaining | |
| | List the contract number of any government contract | | Acar Leasing, LTD dba GM Financial<br>PO Box 99605<br>Arlington, TX 76096 |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | Uniforms and linens provided | |
| | State the term remaining | Terminated pre-petition | |
| | List the contract number of any government contract | | Cintas Corp.<br>6800 Cintas Blvd.<br>PO Box 625737<br>Cincinnati, OH 45262 |
| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | 1256 Columbus Rd.<br>Granville, OH<br>12/16/25 - month to month<br>$6,000/month | |
| | State the term remaining | Month-to-month | |
| | List the contract number of any government contract | | JR Anderson Properties, LLC<br>1256 Columbus Rd.<br>Granville, OH 43023 |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor 1  Leroys Meats, LLC
        First Name        Middle Name        Last Name

Case number *(if known)* _____

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | Food Truck License Agreement $650/month | |
|---|---|---|---|
| | State the term remaining | in perpetuity with 60 day written notice | Land-Grant Brewing Company, LLC |
| | List the contract number of any government contract | _____ | 424 W. Town Street Columbus, OH 43215 |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | Headquarters lease | |
|---|---|---|---|
| | State the term remaining | Terminated pre-petition | Medary Apartments, LLC DBA Oxford Realty |
| | List the contract number of any government contract | _____ | 68 S. Fourth St. Columbus, OH 43218 |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | Walk-in cooler/freezer Model No. DT810, Unit #922-1255, Serial No. A220511255. | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | _____ | Polar Leasing Company, Inc. 4410 New Haven Ave. Fort Wayne, IN 46803 |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | 5755 Maxtown Rd. Westerville, OH 43231 $2000/month | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | _____ | SARHC, LLC PO Box 218 Minster, OH 45865 |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name __Leroys Meats, LLC__

United States Bankruptcy Court for the: __SOUTHERN DISTRICT OF OHIO, COLUMBUS DIVISION__

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                            12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the
Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☒ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of
creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule
on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | Check all schedules that apply: |
| 2.1 | JR Anderson Properties, LLC | 1256 Columbjus Rd. Granville, OH 43023 | First Merchants | ☒ D __2.2__ ☐ E/F ____ ☐ G ____ |
| 2.2 | JR Anderson Properties, LLC | 1256 Columbus Rd. Granville, OH 43023 | First Merchants | ☒ D __2.1__ ☐ E/F ____ ☐ G ____ |
| 2.3 | JR Anderson Properties, LLC | 1256 Columbus Rd. Granville, OH 43023 | First Merchants | ☒ D __2.3__ ☐ E/F ____ ☐ G ____ |
| 2.4 | JR Anderson Properties, LLC | 1256 Columbjus Rd. Granville, OH 43023 | First Merchants | ☒ D __2.4__ ☐ E/F ____ ☐ G ____ |
| 2.5 | Smoke Ring, LLC | 6670 Busch Blvd. Columbus, OH 43218 | First Merchants | ☒ D __2.1__ ☐ E/F ____ ☐ G ____ |
| 2.6 | Smoke Ring, LLC | 6670 Busch Blvd. Columbus, OH 43218 | Michael Albert | ☐ D ☒ E/F __3.19__ ☐ G ____ |

Debtor    Leroys Meats, LLC _____    Case number *(if known)* _____

| ▮ **Additional Page to List More Codebtors** |
|---|

**Copy this page only if more space is needed.   Continue numbering the lines sequentially from the previous page.**

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.7 Smoke Ring, LLC | 6670 Busch Blvd.<br>Columbus, OH 43218 | First Merchants | ☒ D ___2.3___<br>☐ E/F _____<br>☐ G _____ |
| 2.8 Smoke Ring, LLC | 6670 Busch Blvd.<br>Columbus, OH 43218 | First Merchants | ☒ D ___2.4___<br>☐ E/F _____<br>☐ G _____ |
| 2.9 Smoke Ring, LLC | 6670 Busch Blvd.<br>Columbus, OH 43218 | First Merchants | ☒ D ___2.2___<br>☐ E/F _____<br>☐ G _____ |

**Fill in this information to identify the case:**

Debtor name    Leroys Meats, LLC

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF OHIO, COLUMBUS DIVISION

Case number (if known)

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/25

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

| Part 1: | Income |
|---|---|

1. **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| From the beginning of the fiscal year to filing date:<br>From 01/01/2025 to Filing Date | ☒ Operating a business<br>☐ Other | $2,837,468.00 |
| For prior year:<br>From 01/01/2024 to 12/31/2024 | ☒ Operating a business<br>☐ Other | $3,938,267.00 |
| For year before that:<br>From 01/01/2023 to 12/31/2023 | ☒ Operating a business<br>☐ Other | $3,920,943.00 |

2. **Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☒ None.

| Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
|---|---|

3. **Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☒ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments

Debtor   Leroys Meats, LLC                                                    Case number *(if known)*

listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. Smoke Ring, LLC 6670 Busch Blvd. Columbus, OH 43218 Intercompany affiliate | 12/2024 - 12/2025 | Unknown | Advances |
| 4.2. James Ray Anderson 1603 Deeds Rd. Granville, OH 43023 Owner/Managing Member | 12/2024 - 12/2025 | $169,500.00 | Compensation - draws |
| 4.3. James Ray Anderson 1603 Deeds Rd. Granville, OH 43023 Owner/Managing Member | 12/2024 - 12/2025 | $55,200.00 | Compensation - W2 wages |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☒ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☒ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

### Part 3:   Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. ByzFunder NY LLC d/b/a ByzFunder v. Leroys Meats LLC d/b/a Ray Ray's Hog Pit and James Ray Anderson 821181/2025 | Civil | Supreme Court of the State of New York, Erie County Erie County Court Building 25 Delaware Avenue Ground floor Buffalo, NY 14202 | ☒ Pending ☐ On appeal ☐ Concluded |

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☒ None

### Part 4:   Certain Gifts and Charitable Contributions

| Debtor | Leroys Meats, LLC | Case number *(if known)* | |
|---|---|---|---|

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☒ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

---

**Part 5:    Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☐ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|
| Employee theft by former employees | | 2025 | Unknown |

---

**Part 6:    Certain Payments or Transfers**

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | | | 11/6/25 ($2500);<br>11/5/25 ($2500);<br>11/22/25 ($2500);<br>11/29/25 ($2500);<br>12/6/25 ($2500) | |
| | Tax Workout Group - OH<br>175 South 3rd Street, Suite 200<br>Columbus, OH 43215 | Attorney Fee | | $12,500.00 |
| | **Email or website address**<br>AKamensky@TWG.Law | | | |
| | **Who made the payment, if not debtor?** | | | |

---

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☒ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property - by sale, trade, or any other means - made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

Debtor   Leroys Meats, LLC _____    Case number *(if known)* _____

☒ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

## Part 7:   Previous Locations

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| Address | Dates of occupancy From-To |
|---|---|
| 14.1. | Headquarters - 972 Checkrein Ave. Columbus, OH 43229 | 2021 - 2024 |

## Part 8:   Health Care Bankruptcies

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

☒ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

## Part 9:   Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☒ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☒ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

## Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☒ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Debtor    Leroys Meats, LLC                                                    Case number *(if known)* _____

☒ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☒ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

## Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☒ None

## Part 12:   Details About Environment Information

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☒ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☒ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

☒ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

## Part 13:   Details About the Debtor's Business or Connections to Any Business

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

| Debtor | Leroys Meats, LLC | Case number *(if known)* | |
|---|---|---|---|

☒ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| | | |

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1. | Hogan CPA Financial Services, LLC<br>1201 Dublin Rd. Suite 116<br>Columbus, OH 43215 | 2025 |
| 26a.2. | Pulse Bookeeping, LLC<br>1575 Big Bluestem Way<br>Sunbury, OH 43074 | 2015-2024 |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☒ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☒ None

| Name and address | If any books of account and records are<br>unavailable, explain why |
|---|---|
| | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☒ None

| Name and address |
|---|

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☒ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| James Ray Anderson | 1603 Deeds Rd.<br>Granville, OH 43023 | Managing Member | 100% |

**29.** Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☒ No
☐ Yes. Identify below.

Debtor    Leroys Meats, LLC _____    Case number *(if known)* _____

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☒ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1 . | James Ray Anderson 1603 Deeds Rd. Granville, OH 43023 | Wages, $55,200 | 1/1/25 - Present | |
| | **Relationship to debtor** Managing Member | | | |
| 30.2 . | James Ray Anderson 1603 Deeds Rd. Granville, OH 43023 | Owner draws, $169,500.00 | 1/1/25 - Present | |
| | **Relationship to debtor** Owner/Managing Member | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☒ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | |

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☒ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| | |

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.   Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on      December 19, 2025

/s/   James Ray Anderson                              James Ray Anderson
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor    Owner

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☒ No
☐ Yes

B2030 (Form 2030) (12/25)

# United States Bankruptcy Court
## Southern District of Ohio, Columbus Division

In re   Leroys Meats, LLC        Case No. _____
Debtor(s)      Chapter    11

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept ........................................................ | $ | 12,500.00 |
| Prior to the filing of this statement I have received ........................................... | $ | 12,500.00 |
| Balance Due ....................................................................................................... | $ | 0.00 |

2.   The source of the compensation paid to me was:

    ☒ Debtor     ☐ Other (specify):

3.   The source of compensation to be paid to me is:

    ☒ Debtor     ☐ Other (specify):

4.   ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.   Subject to any applicable local rule or court order, in return for the above-disclosed fee, I have agreed to render legal service for the following aspects of the bankruptcy case, except as excluded in Section 6:

    a.   Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.   Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.   [List other services that counsel has agreed to provide]
       Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:
       Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.

---

### CERTIFICATION

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

    December 19, 2025                  /s/ Sean Stone
*Date*                                     Sean Stone
                                            *Signature of Attorney*
                                            Tax Workout Group, P.A.
                                            175 South 3rd Street, Suite 200
                                            Columbus, OH 43215
                                            Fax:
                                            sstone@twg.law
                                            *Name of law firm*

# United States Bankruptcy Court
## Southern District of Ohio, Columbus Division

In re  Leroys Meats, LLC

Debtor(s)

Case No. _____

Chapter  11

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| James Ray Anderson<br>1603 Deeds Rd.<br>Granville, OH 43023 | | | Sole member |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Owner of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.


Date  December 19, 2025

Signature  /s/  James Ray Anderson

James Ray Anderson

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Aardvark Wine, LLC
2355 W. Granville Rd.
Columbus, OH 43235


Acar Leasing, LTD dba GM Financial
PO Box 99605
Arlington, TX 76096


AEP Ohio
PO Box 24401
Canton, OH 44701


Berkovitch & Bouskila, PLLC
Attn: Ariel Bouskila, Esq.
Steven Berkovitch, Esq.
1545 U.S. 202, Suite 101
Pomona, NY 10970


Bite This
3009 N High St.
Columbus, OH 43202


ByzFunder NY LLC d/b/a ByzFunder
530 7th Ave. Floor M1
New York, NY 10018


Cintas Corp.
6800 Cintas Blvd.
PO Box 625737
Cincinnati, OH 45262


City of Johnstown Water Dept.
599 S. Main St.
Johnstown, OH 43031


Cold Control Refrigeration
6589 Huntley Rd.
Columbus, OH 43229


Colton Rine
394 Clarendon St.
Newark, OH 43055


Corporation Service Company
801 Adlai Stevenson Dr.
Springfield, IL 62703


Davenport Law PC
5900 South Lake Forest Dr. Suite 300
McKinney, TX 75070


Economy Linen & Towel Service, Inc.
5233 Trabue Rd.
Columbus, OH 43228

First Merchants
1349 West Lane Ave. Suite 800
Columbus, OH 43221


Fusion OH, LLC
1462 Brittain Rd.
Akron, OH 44310


FYVE Marketing
875 N High St. 4th Fl. Suite 53
Columbus, OH 43201


JR Anderson Farms
1703 Deeds Rd.
Granville, OH 43023


JR Anderson Properties, LLC
1256 Columbus Rd.
Granville, OH 43023


JR Anderson Properties, LLC
1256 Columbjus Rd.
Granville, OH 43023


Kenny Bass
13854 Cobblestone Ln.
Pickerington, OH 43147


Land-Grant Brewing Company, LLC
424 W. Town Street
Columbus, OH 43215


Lien Solutions
2929 Allen Pkwy Suite 3300
Houston, TX 77019


Matija Breads
737 Parkwood Ave.
Columbus, OH 43219


Medary Apartments, LLC
DBA Oxford Realty
68 S. Fourth St.
Columbus, OH 43215


Medary Apartments, LLC
DBA Oxford Realty
68 S. Fourth St.
Columbus, OH 43218


Michael Albert
1575 Big Bluestem Way
Sunbury, OH 43074

Milestone Marketing
1201 Dublin Rd. Suite 724
Columbus, OH 43215


MRA
N19 W24350 Riverwood Dr.
Waukesha, WI 53188


Northern Haserot
21500 Alexander Rd.
Bedford, OH 44146


Ohio Bureau of Workers' Compensation
30 W. Spring St.
Columbus, OH 43215


Ohio Department of Taxation
Attn: Bankruptcy Division
PO Box 530
Columbus, OH 43216


Oxford Realty
68 S. 4th St. Fl. 1
Columbus, OH 43215


Polar Leasing Company, Inc.
4410 New Haven Ave.
Fort Wayne, IN 46803


Pulse Bookeeping, LLC
1575 Big Bluestem Way
Sunbury, OH 43074


Ruffled Feather Ferments, LLC
2682 Lakewood Dr.
Columbus, OH 43231


SARHC, LLC
PO Box 218
Minster, OH 45865


Smoke Ring, LLC
6670 Busch Blvd.
Columbus, OH 43218


Square, Inc. aka Block, Inc.
1455 Market Street, Suite 600
San Francisco, CA 94103


Star Packaging, Inc.
1796 Frebis Ave.
Columbus, OH 43206


Stripe
185 Berry St. Suite 550
San Francisco, CA 94107

```
T.S. Carpentry and Repair
2957 Heatherleaf Way
Columbus, OH 43231


The Hills Market
7860 Olentangy River Rd.
Columbus, OH 43235


US Small Business Administration
409 3rd St. SW
Washington, DC 20406
```

# United States Bankruptcy Court
## Southern District of Ohio, Columbus Division

In re    Leroys Meats, LLC

Case No. _____

Debtor(s)

Chapter    11

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for ___Leroys Meats, LLC___ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

☒ None [*Check if applicable*]

December 19, 2025
_____
Date

/s/ Sean Stone
_____
Sean Stone
Signature of Attorney or Litigant
Counsel for    Leroys Meats, LLC
Tax Workout Group, P.A.
175 South 3rd Street, Suite 200
Columbus, OH 43215
 Fax:
sstone@twg.law